UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 25-Cr-555 (SHS) |
| v. | : | ORDER |
| SHOUZHI ZHENG, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

This action having been reassigned to this Court from Judge Laura Taylor Swain's docket on July 10, 2026,

IT IS HEREBY ORDERED that the parties are directed to submit a proposed schedule on or before July 17, 2026, for pretrial disclosures, including 3500 material, motions in limine, proposed jury charges, and, if the parties wish, proposed voir dire.

The parties are reminded that the last date for pretrial motions is July 24, 2026; any opposition is due by July 31. The trial of this action shall commence on August 17 at 9:30 a.m. in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York.

There will be no adjournments of these dates.

Dated: New York, New York
July 13, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.