**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 17, 2026

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Shouzhi Zheng a/k/a "David,"* 25 Cr. 555 (SHS)**

Dear Judge Stein:

The Government writes, with consent of defense counsel, to inform the Court that the parties are engaged in renewed plea discussions. In order for the parties to determine if a pre-trial resolution can be reached, they respectfully request an extension to Thursday, July 23 to submit the proposed schedule for pre-trial disclosures.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________
Cameron Molis
Assistant United States Attorney
(212) 637-1085

cc: Kevin Tung, Esq. (via ECF)

**The parties are to continue their renewed plea discussions; simply file a proposed schedule today as set forth in ECF Doc. No. 116.**

**Dated: New York, New York**
**July 17, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.