UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 25-Cr-555 (SHS) |
| -against- | : | |
| SHOUZHI ZHENG, | : | ORDER |
| Defendant. | : | |

---x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the defendant is released on his own recognizance on the following conditions:

1. Travel is restricted to the Southern and Eastern Districts of New York;

2. Defendant shall not make any new travel applications;

3. Defendant shall not communicate or interact with someone he knows is engaged in criminal activity. If defendant knows someone has been convicted of a felony, he must not knowingly communicate or interact with that person without first getting the permission of the pretrial services officer;

4. Defendant shall not possess any firearms or ammunition;

5. If defendant is arrested or questioned by a law enforcement officer, he must notify the pretrial services officer within 72 hours;

6. Defendant shall not commit a federal, state, or local crime during his release; and

7. Defendant shall follow the instructions of his pretrial services officer.

Dated: New York, New York
August 4, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.